IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BERT V. CASTILLO, JR.**                                                                   **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:05CV175LR**

**LANDSTAR RANGER, INC. and**
**BRADLEY A. SPANGENBERG**                                  **DEFENDANTS**

### ORDER

This matter came before the court on Landstar Ranger, Inc.'s Motion to Compel Discovery Responses. The Motion contends that the Plaintiff has completely failed to respond to discovery requests served on January 17, 2006. The Plaintiff has not responded to the Motion, although the docket reflects that notices of service of discovery responses were filed after the Motion was served. In any event, because no opposition has been submitted, the Motion will be granted.

IT IS, THEREFORE, ORDERED that Landstar Ranger, Inc.'s Motion to Compel Discovery Responses is hereby **granted**. The Plaintiff shall serve full and complete discovery responses by May 25, 2006.

IT IS SO ORDERED, this the 18th day of May, 2006.

                                                                S/John M. Roper
                                             UNITED STATES MAGISTRATE JUDGE