UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

BERT V. CASTILLO, JR.                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 4:05-cv-00175-TSL-LRA

LANDSTAR RANGER, INC. and
BRADLEY A. SPANGENBERG                                                                          DEFENDANTS

## FINAL JUDGMENT

This action came on for trial before the Court and a jury having been duly impaneled, Honorable Tom Lee, District Judge, presiding, where testimony and evidence were presented, and the jury consisting of Sandra R. McCarrr, and six other good and lawful jurors returned the following verdict:

"We, the jury, find for the Defendants."

IT IS THEREFORE ORDERED AND ADJUDGED this case is fully and finally dismissed, with costs awarded to the Defendants.

SO ORDERED AND ADJUDGED, this the 9th day of January, 2007.

/S/ TOM S. LEE
DISTRICT COURT JUDGE

APPROVED AS TO FORM:

/s/ Charles W. Wright
Charles W. Wright, Jr., Esq., MSB #7395
Attorney for Plaintiff

PREPARED AND SUBMITTED:

/s/ David C. Dunbar
David C. Dunbar, Esq., MSB #6227
DunbarMonroe, PLLC
Attorneys for Defendants