UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**BERT V. CASTILLO, JR.**                                                      **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 4:05-cv-00175-TSL-LRA**

**LANDSTAR RANGER, INC. and**
**BRADLEY A. SPANGENBERG**                                 **DEFENDANTS**

<u>**ORDER**</u>

TO:    CLERK OF THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
        EASTERN DIVISION

There has come on for hearing on this date the Motion of Defendants Landstar Ranger, Inc., and Bradley A. Spangenberg ("Defendants") for an order, pursuant to Fed. R. Civ. P. 69(a) Miss. Code Ann. §§ 13-1-261, *et seq.*, rescheduling the examination of the Plaintiff Bert V. Castillo, Jr. ("Castillo"), who is a judgment debtor of Defendants. The Court, being fully advised in the premises, hereby ORDERS as follows:

    1.    Defendants are entitled to examine the judgment debtor, Castillo, at **10:00 A. M.** on **April 17, 2008**, at the law offices of Charles W. Wright, Jr., PLLC, 1208 22nd Avenue, Meridian, Lauderdale County, Mississippi.

    2.    Castillo shall produce at said time and date the following documents:

        A.    Any and all documents evidencing joint or individual ownership by Castillo of any property, whether real, personal or otherwise, including, but not limited to, warranty deed(s) conveying property to and from Castillo, whether jointly or individually, within the last five years, and deed(s) of trust on said properties;

  B. All certificates of title relating to the joint or individual ownership by Castillo or any motor vehicle of any type;

  C. The 2004, 2005 and 2006 federal and state income tax returns for Castillo;

  D. All monthly bank statements for 2005, 2006 and 2007 to date relating to any saving or checking accounts owned by Castillo whether jointly or individually;

  E. Any correspondence and all legal documents relating to the conveyance, gift and any other method of disposal of property by Castillo to any person or entity within the last five years; and

  F. Castillo' four most recent paystubs from his current employer, or if Castillo is not currently employed, from his most recent employer.

 3. The Clerk of this Court is ordered and directed to issue process citing Bert V. Castillo, Jr., to appear at the law office of Charles W. Wright, Jr., PLLC, 1208 22nd Avenue, Meridian, Lauderdale County, Mississippi, at **10:00 a.m.** on **April 17, 2008**, for an examination as a judgment debtor, and directing Castillo to produce at the examination the documents specified in paragraph two (2) above.

 SO ORDERED, this the26th day of February, 2008.


         *s/Linda R. Anderson*
        **UNITED STATES MAGISTRATE JUDGE**